S. Jones against Burton F. Stines. No opinion. Judgment of the Municipal Court affirmed, with costs.

KELLY, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by John Kelly against the Boston & Maine Railroad. No opinion. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

KELLY, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Jennie Kelly against John Kelly. I. N. Jacobson, for appellant. J. F. Lynch, for respondent. No opinion. Order reversed, and motion granted, allowing $25 a week alimony and $100 counsel fee, without costs. Settle order on notice.

KENNEDY, Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by James C. Kennedy against Lazarus Weil, as executor of the estate of Jacob Weil, deceased. No opinion. Judgment unanimously affirmed, with costs.

KILLIAN, Respondent, v. BLUMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Frank Killian against Henry Blumgarten. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KINLEN, Appellant, v. RUNYON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by James E. Kinlen against Carman R. Runyon and others. No opinion. Order reversed on argument, with $10 costs and disbursements.

KIRBY, Plaintiff, v. LOCKPORT PAPER CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by William Kirby, an infant, by Anna Kirby, his guardian ad litem, against the Lockport Paper Company.

PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that the question as to whether, under the labor law (see Laws 1897, p. 480, c. 415, § 81, as amended by Laws 1904, p. 640, c. 291), the shafting should have been guarded, was a question of fact for the jury, and not one of fact for the court.

McLENNAN, P. J., not sitting.

In re KNOWLES. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Frank E. Knowles for admission to the bar. No opinion. Application granted.

KRAUSS, Appellant, v. McCAULEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Jacob C. Krauss against Isabella McCauley. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KREBS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John A. Krebs against the city of New York. No opinion. Judgment unanimously affirmed, with costs.

LAMB, Appellant, v. McNEIL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Albert F. Lamb against Catherine McNeil.

PER CURIAM. Order affirmed, with costs. Held, that the granting of the new trial was within the discretion of the trial court.

LAMB, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Annie Lamb against John Miller.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

In re LAPETINA. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Rocco Louis Lapetina for admission to the bar. No opinion. Application granted.

LAUBENTRACHT, Respondent, v. KATZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by George Laubentracht against Abraham Katz and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LAW REPORTING CO. v. DOMINION COAL CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by the Law Reporting Company against the Dominion Coal Company. No opinion. Motion denied. Order filed.

LE ROY HYDRAULIC GAS CO., Appellant, v. CACCAMISE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by the Le Roy Hydraulic Gas Company against Antonio Caccamise. No opinion. Judgment affirmed, with costs.

LESNICK, Respondent, v. SEARLES, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Matthew J. Lesnick against Stephen H. Searles. No opinion. Judgment of the City Court of Yonkers unanimously affirmed, with costs.

LEVIN et al., Respondents, v. DIETZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action

by Louis Levin and another against James E. Dietz. No opinion. Judgment affirmed, with costs. See 96 N. Y. Supp. 468.

LEVINE, Respondent, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Hyman Levine against Morris Goldman. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY, Respondent, v. CENTRAL CONSUMERS' WINE & LIQUOR CO., Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Max Levy against the Central Consumers' Wine & Liquor Company. M. Paskus, for appellant. J. S. Epstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIEBERMAN, Respondent, v. SOLOMONSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Samuel Lieberman against Joseph Solomonson. No opinion. Motion granted, to the extent of permitting each party to file affidavits on the question of the nonpayment of costs.

LILIENTHAL v. BETZ. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Albert Lilienthal against John F. Betz. No opinion. Motion denied. Order filed.

LINDSTROM, Respondent, v. SILSBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Matilda J. Lindstrom against Minnie Silsby.

PER CURIAM. Judgment modified, by deducting therefrom two items, one of $50 for commissions, and one of $7 expense of moving, thus reducing the damages to the sum of $263.-10, as of date of entry of judgment, and, as so modified, the judgment is affirmed, with costs of this appeal to the respondent.

In re LOSEE'S ESTATE et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the estate of Stephen Losee, deceased, Estelle Losee Hurd, as administratrix, etc., of Cornelius Losee, deceased, and others.

PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with costs, upon the opinion of the surrogate. 94 N. Y. Supp. 1082, 46 Misc. Rep. 363.

HIRSCHBERG, P. J., and JENKS, J., dissent.

LOWERY, Appellant, v. HUNTINGTON LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by William E. Lowery against the Huntington Light & Power Company. No opinion. Reargument ordered, and case set down for Tuesday, April 30, 1907.

LUBBEE, Appellant, v. HILGERT et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Henry Lubbee, an infant, against Mathew Hilgert and another. L. Sturcke, for appellant. J. S. Rosalsky, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by William A. Lyon and another against Edward I. Townsend and another. No opinion. Motion for leave to appeal to the Court of Appeals denied.

McCLURE v. SCHRATWEISER. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Everett McClure against Jacob Schratweiser. No opinion. Motion denied, on condition that appellants be ready for May term. Order filed.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by Thomas L. McKay against the city of Oswego.

PER CURIAM. Judgment and order denying motion for new trial under section 999 of the Code of Civil Procedure reversed, and a new trial granted on the facts, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment, as thus modified, and the order, are affirmed, without costs of this appeal to either party.

McLENNAN, P. J., not sitting. NASH, J., dissents and votes for new trial.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Thomas L. McKay against the City of Oswego.

PER CURIAM. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs.

McLENNAN, P. J., not sitting. NASH, J., dissents.

McMAHON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Timothy McMahon against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See 101 N. Y. Supp. 805.

SMITH, P. J., not voting.

In re MacRAE. (Supreme Court, Appellate Division, First Department. April 12, 1907.)